A true printed copy in 2 sheet(s) of the electronic record filed on 6/20/24, in the United States District Court for the District of Minnesota.
CERTIFIED, June 20 2024
Kate M. Fogarty, Clerk
BY: Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GRANULATED SUGAR ANTITRUST LITIGATION                                    MDL No. 3110

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On June 7, 2024, the Panel transferred 3 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Jerry W. Blackwell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Blackwell.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 7, 2024, and, with the consent of that court, assigned to the Honorable Jerry W. Blackwell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 18, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

IN RE: GRANULATED SUGAR ANTITRUST LITIGATION

MDL No. 3110

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ARIZONA | | | | |
| AZ | 4 | 24−00233 | Union LLC v. ASR Group International Incorporated et al | 24-2338 JWB/DTS |
| CALIFORNIA SOUTHERN | | | | |
| CAS | 3 | 24−00818 | Wood Ranch Moorpark, Inc. et al v. ASR Group International, Inc. et al | 24-2339 JWB/DTS |
| FLORIDA SOUTHERN | | | | |
| FLS | 1 | 24−21386 | VICKY ENTERPRISES, INC., v. ASR Group International, Inc. et al | 24-2340 JWB/DTS |
| FLS | 9 | 24−80442 | Edlin v. ASR Group International, Inc. et al | 24-2341 JWB/DTS |
| FLS | 9 | 24−80451 | HUMPHREYS v. ASR Group International, Inc. et al | 24-2342 JWB/DTS |
| ILLINOIS NORTHERN | | | | |
| ILN | 1 | 24−03216 | Marek et al v. ASR Group International, Inc. et al | 24-2343 JWB/DTS |
| ILN | 1 | 24−03769 | Moretti's Ristorante & Pizzeria (Schaumburg) v. ASR Group International, Inc. et al | 24-2344 JWB/DTS |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 24−02159 | Golden Goose Markets, Inc. v. ASR Group International, Inc., et al | 24-2345 JWB/DTS |
| NYS | 1 | 24−02352 | C.A. Curtze Co. v. ASR Group International, Inc. et al | 24-2346 JWB/DTS |
| NYS | 1 | 24−02840 | Wakefern Food Corp. v. ASR Group International, Inc., et al | 24-2347 JWB/DTS |
| NYS | 1 | 24−03968 | Kurtz v. ASR Group International, Inc. et al | 24-2348 JWB/DTS |
| NORTH CAROLINA MIDDLE | | | | |
| NCM | 1 | 24−00326 | SAM RESTAURANTS, INC. v. UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE et al | 24-2349 JWB/DTS |
| WISCONSIN WESTERN | | | | |
| WIW | 3 | 24−00257 | Madison Pizza LLC et al v. ASR Group International, Inc. et al | 24-2351 JWB/DTS |